# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS O. FOSTER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-7413-GW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. After the Magistrate Judge granted Petitioner's ninth request for an enlargement of time to file objections to the R. & R., his objections were due on September 29, 2020. No objections to the R. & R. or another enlargement request has been filed.

　　The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: September 29, 2021

　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE