JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS O. FOSTER,<br><br>    Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION, Warden,<br><br>    Respondent. | Case No. CV 15-7413-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 29, 2021

                                  GEORGE H. WU
                                U.S. DISTRICT JUDGE